In the Matter of RAYMOND C. INGERSOLL, Appellant, against THOMAS J. CURRAN, Secretary of the State of New York, Respondent.

Argued July 2, 1947; decided July 2, 1947.

*Samuel M. Blinken* and *Hyman N. Glickstein* for appellant.

*John Braun, Matthew M. Levy* and *Benjamin Gassman* for the Liberal Party, *amicus curiæ*, in support of respondent's position.

*Leonard M. Lake* for National Lawyers Guild, *amicus curiæ*, in support of appellant's position.

*Samuel D. Smoleff* for The Citizens Union of the City of New York, *amicus curiæ*, in support of appellant's position.

*Walter M. Weis* and *Albert S. Bard* for The City Club of New York, *amicus curiæ*, in support of appellant's position.

*Paxton Blair* and *Louis J. Lefkowitz* for The New York Republican State Committee, *amicus curiæ*, in support of respondent's position.

*Nathaniel L. Goldstein, Attorney-General (Henry S. Manley, Wendell P. Brown* and *Kent H. Brown* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.